## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| LEON COVINGTON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) Case No. 3:17-cv-104-JHM |
| | ) |
| LVNV FUNDING, LLC, | ) |
| | ) |
| DEFENDANT. | ) |

## **NOTICE OF SETTLEMENT**

Comes the Defendant, LVNV Funding, LLC ("LVNV"), by counsel, and hereby notifies the Court that Plaintiff has settled his claims against LVNV, pending approval and execution of a final settlement agreement.

Respectfully submitted,

/s/ *Jordan M. White*
Gregory S. Berman
gberman@wyattfirm.com
Jordan M. White
jwhite@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202
502.589.5235

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

   I hereby certify that, on October 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207

              /s/ *Jordan M. White*
              One of Counsel for Defendant

61674662.1